cc: Fiscal Section

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARCO ALVAREZ, an individual; GEORGE BASQUEZ VARGAS, an individual; OLIVIA BASQUEZ ALVAREZ, an individual; and ROBERT BASQUEZ VARGAS, individually and as Executor of the Estate of Pricilla Alvarez,<br><br>　　　　Defendants.<br><br>MARCO ALVAREZ, an individual;<br><br>　　　　Crossclaimant,<br><br>　　v.<br><br>GEORGE BASQUEZ VARGAS, an individual; OLIVIA BASQUEZ ALVAREZ, an individual; and ROBERT BASQUEZ VARGAS, individually and as Executor of the Estate of Pricilla Alvarez,<br><br>　　　　Crossdefendants. | Case No. 8:20-cv-00474-JWH-KESx<br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | ROBERT BASQUEZ VARGAS, individually and as Executor of the Estate of Pricilla Alvarez, GEORGE BASQUEZ VARGAS, an individual; and OLIVIA BASQUEZ ALVAREZ, an individual; |
| 2 | |
| 3 | |
| 4 | |
| 5 | Crossclaimants, |
| 6 | v. |
| 7 | MARCO ALVAREZ, an individual; |
| 8 | Crossdefendant. |

proceeding

In accordance with the Order filed concurrently herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that judgment be entered as follows:

1. This Court possesses personal jurisdiction over the parties and possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.

2. Plaintiff New York Life Insurance and Annuity Corporation was previously **DISMISSED** from this action.

3. Judgment in the above-captioned action is entered in **FAVOR** of Defendants, Crossdefendants, and Crossclaimants George Basquez Vargas, Olivia Basquez Alvarez, and Robert Basquez Vargas. Judgment in the above-captioned action is entered **AGAINST** Defendant, Crossclaimant, and Crossdefendant Marco Alvarez.

4. The Clerk of the Court is **DIRECTED** to release on January 31, 2022, or as soon as possible thereafter, to Defendant, Crossdefendant, and Crossclaimant Robert Basquez Vargas, in his capacity as the executor of the estate of Decedent Pricilla Basquez Alvarez, **$19,977.24** of the funds paid into the registry in connection with this action.

5. The Clerk of the Court is also **DIRECTED** to release on January 31, 2022, or as soon as possible thereafter, to Defendants, Crossdefendants, and Crossclaimants George Basquez Vargas, Olivia Basquez Alvarez, and Robert Basquez Vargas, in their respective individual capacities, in equal shares, **$106,276.14** of the funds paid into the registry in connection with this action, **plus any accrued interest**.

/ / /
/ / /
/ / /
/ / /

6.  Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 28, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE